**Order entered April 22, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00589-CV

### ESTATE OF ALAN MORGAN HUMPHREY, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-2943-3**

## ORDER

We **GRANT** appellant's April 19, 2016 unopposed motion for extension of time to file

reply brief and **ORDER** the brief be filed no later than May 18, 2016.


/s/     CRAIG STODDART
JUSTICE